# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Jacob Wolfgang Gonzalez　　　　　　　　　　　　　　　　　　Docket No.: 2:23-CR-00427-GW-1

**Petition for Action on Conditions of Pretrial Release (Modify Request)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jacob Wolfgang Gonzalez, who was placed under pretrial release supervision by the Honorable PEDRO V. CASTILLO, sitting in the Court at Los Angeles, California, on the 17th day of August, 2023, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. Having been ordered by the Court to not use alcohol, on or before, November 2, 2023, Jacob Wolfgang Gonzalez used alcohol, as evidenced by his admission of alcohol consumption to Pretrial Services.

**PRAYING THAT THE COURT WILL** modify the defendant's conditions of release to include:

1. Submit to alcohol testing. If directed to do so, participate in outpatient treatment as approved by Supervising Agency. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.

2. Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency.

ORDER OF COURT

Considered and ordered this __8th__ day of __Nov.__, 20__23__ and ordered filed and made a part of the records in the above case.

_/s/ George H. Wu_

United States District Judge
HONORABLE GEORGE H. WU

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on November 8, 2023

_/s/ Jones_

KEISBEL JONES
U.S. Probation & Pretrial Services Officer
Place: Los Angeles, California